UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WERONIKA JANCZUK,

              Plaintiff,

-against-

FEDERAL TRADE COMMISSION, et al.,

              Defendants.

1:24-CV-3716 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff Weronika Janczuk, who is appearing *pro se*, brings this action under the Fair Credit Reporting Act seeking injunctive relief. For the reason discussed below, the Court dismisses this action without prejudice as duplicative.

    Plaintiff has previously submitted to this court an identical complaint commencing another action against the defendants; that action is pending before the court and is known as *Janczuk v. FTC*, 1:24-CV-3703 (UA) (S.D.N.Y.). As the present action raises the same claims as the other action, no useful purpose would be served by litigating the present duplicative action. The Court therefore dismisses this action without prejudice to Plaintiff's pending action in *Janczuk*, 1:24-CV-3703 (UA).

## CONCLUSION

    The Court dismisses this action without prejudice as duplicative.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

The Court also directs the Clerk of Court to provide a copy of this order and of the accompanying judgment to Plaintiff at the court's Pro Se Intake Unit window.

SO ORDERED.

Dated: May 20, 2024
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge